UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6215

DANNY LAMONT YARBOROUGH,

Plaintiff - Appellant,

versus

KRISTIN PARKS; MICHAEL S. HAMDEN; NORTH
CAROLINA PRISONER LEGAL SERVICES,
INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-31-5-H)

Submitted: June 20, 1996　　　　Decided: July 9, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Lamont Yarborough, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint under 28 U.S.C.A. § 1915(d) (West 1994). We have reviewed the record and the district court's opinion and find the appeal to be frivolous. Accordingly, we affirm on the reasoning of the district court. <u>Yarborough v. Parks</u>, No. CA-96-31-5-H (E.D.N.C. Jan. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>